USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIA RUIZ GUEVARA,

                   Plaintiff,

           -against-

GOODNIGHT GROUP LLC, ET AL.,

                  Defendants.

1:19-cv-05330 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court will hold a hearing on Plaintiff's motion for a default judgment on April 28, 2021 at 11:00AM.  The conference will be held telephonically.  To join the conference, dial 888-278-0296 and enter access code 5195844.

On or before April 16, 2021, Plaintiff must submit supplemental documentation showing her entitlement to attorney's fees or costs in this case and a calculation of those amounts.

Plaintiff is directed to serve a copy of this order on Defendant along with another copy of Plaintiff's motion for a default judgment and all supporting papers (including the supplemental documents related to fees and costs).  Proof of service must be filed on the ECF docket on or before April 23, 2021.

**SO ORDERED.**

**Date:  April 7, 2021**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**