| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/28/2021 |

STEPHANIA RUIZ GUEVARA,

        Plaintiff,

-against-

GOODNIGHT GROUP LLC, ET AL.,

        Defendants.

1:20-cv-05330 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court held a hearing on Plaintiff's motion for a default judgment on April 28, 2021. While Defendants had not previously appeared in this case, counsel for Defendants filed a notice of appearance on the ECF docket shortly before the hearing began, and then appeared at the hearing. This Order memorializes the Court's rulings at the conference.

    Plaintiff stated that she wished to withdraw her motion for a default judgment after the appearance of Defendants in this case. Accordingly, the Motion for a Default Judgement [ECF No. 21] is DENIED WITHOUT PREJUDICE. The Clerk of Court respectfully is requested to close the motion at ECF No. 21.

    Counsel for Defendants confirmed that she would accept service on behalf of both remaining Defendants in this case (Goodnight Group LLC and Flatiron Room Operations LLC) as well as the previously dismissed Defendant Thomas Tardie.

    Defendants must answer or otherwise respond to Plaintiff's complaint within thirty days of this Order. This deadline will not be extended absent extraordinary circumstances.

**SO ORDERED.**

Date:  April 28, 2021
       New York, NY

                                          MARY KAY VYSKOCIL
                                          United States District Judge