UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



STEPHANIA RUIZ GUEVARA and
SANDRA HERAS, *on behalf of themselves,
FLSA Collective Plaintiffs and the Class*,

        Plaintiffs,

-against-

FINE & RARE OPERATIONS LLC, et al.,

        Defendants.

20-CV-5330 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the parties' joint letter (Dkt. No. 86) attaching the revised proposed Notice of Pendency and proposed Distribution Order. The Court will hold a telephonic conference **on January 28, 2022, at 2:00 p.m**., to discuss those materials. At that time, the parties are directed to dial (888) 557-8511 and enter access code 7746387.

Dated: New York, New York
       January 26, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**