UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIA RUIZ GUEVARA and SANDRA HERAS, on behalf of themselves, FLSA Collective Plaintiffs and the Class,<br><br>      Plaintiffs,<br><br>   -against-<br><br>FINE & RARE OPERATIONS LLC d/b/a FINE & RARE, FLATIRON ROOM OPERATIONS LLC d/b/a THE FLATIRON ROOM, GOODNIGHT GROUP LLC, and THOMAS TARDIE,<br><br>      Defendants. | 20-CV-5330 (BCM)<br><br>**ORDER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/30/2022 |

**BARBARA MOSES, United States Magistrate Judge.**

The Court will conduct a telephonic conference on **July 5, 2022 at 11:00 a.m.** At that time, the parties shall call (888) 557-8511, and enter the access code #7746387.

Dated: New York, New York
       June 30, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**