**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIA GUEVARA and SANDRA HERAS, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*, <br><br> Plaintiffs, <br><br> -v- <br><br> FINE & RARE OPERATIONS LLC, et al, <br><br> Defendants. | **Case No.**: 1:20-cv-05330 <br><br> **NOTICE OF ACCEPTANCE** <br> **OF OFFER OF JUDGMENT** |

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated August 12, 2022, and annexed hereto as **Exhibit A**.

Dated: August 15, 2022                              Respectfully submitted,

                                                 By:

                                                 C.K. Lee, Esq. (CL 4086)
                                                 LEE LITIGATION GROUP, PLLC
                                                 148 West 24th Street, 8th Floor
                                                 New York, NY 10011
                                                 Tel.: (212) 465-1188
                                                 Fax: (212) 465-1181
                                                 *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

    Lee Jacobs
    Helbraun Levey LLP
    40 Fulton Street, 28th Floor
    New York, NY 10038
    lee@helbraunlevey.com
    Attorneys for Defendants

By: _____
       C.K. Lee, Esq.