**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIA GUEVARA and SANDRA HERAS, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,<br><br>                              Plaintiffs,<br><br>-v-<br><br>FINE & RARE OPERATIONS LLC, et al,<br><br>                              Defendants. | **Case No.**: 1:20-cv-05330<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Fine & Rare Operations LLC, Flatiron Room Operations LLC, Goodnight Group LLC and Thomas Tardie (collectively, "Defendants"), having offered to allow Plaintiffs and opt-in claimants (Juan Rojas, Juan Gonzalez, Rafael Soriano, Carlos Valderrama, Andre Poveda, Elton Paez, Diana Juarez, and David Mothi) to take a judgment against them, in the sum of Fifty Thousand Dollars and No Cents ($50,000.00), inclusive of attorneys' fees, with respect to all of their individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 12, 2022 and filed as Exhibit A to Docket Number 120;

      **WHEREAS**, on August 15, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 120);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Stephania Guevara and Sandra Heras, and opt-in claimants Juan Rojas, Juan Gonzalez, Rafael Soriano, Carlos Valderrama, Andre Poveda, Elton Paez, Diana Juarez, and David Mothi, in the sum of Fifty Thousand Dollars and No Cents ($50,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 15, 2022 and filed as Exhibit A to Docket Number 120.

**SO ORDERED:**

Dated: ___August 16_____, 2022    _____
          New York, New York                    U.S.D.J.